# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LARRY E. EALY,

        Plaintiff,     :     Case No. 3:09-cv-98

- vs -     :     District Judge Thomas M. Rose
    Magistrate Judge Michael R. Merz

DR. JEROME SHULTE     :

    :

        Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition is dismissed without prejudice for lack of exhaustion of state court remedies.

March 31, 2009.                           **\*S/THOMAS M. ROSE**

                                                                       Thomas M. Rose
                                                            United States District Judge